# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

OMAR E. PADILLA-TORRES,

        Petitioner,    :        Case No. 2:24-cv-4274

  - vs -                                District Judge Algenon L. Marbley
                                            Magistrate Judge Michael R. Merz

WARDEN, London Correctional
  Institution,
           :
        Respondent.  :

## REPORT AND RECOMMENDATIONS

This habeas corpus case, brought *pro se* by Petitioner Omar Padilla-Torres under 28 U.S.C. § 2254, is before the Court upon Petitioner's Opposition to Magistrate Judge Jurisdiction (ECF No. 20). Petitioner objects to the transfer of Magistrate Judge jurisdiction from Chief Magistrate Judge Bowman to the undersigned.

The Transfer Order in question (ECF No. 19) was entered September 16, 2025. Because the Order is non-dispositive within the meaning of 28 U.S.C. § 636, any party may object within fourteen days of its filing. The Court will therefore treat the Petitioner's Opposition as an objection to be decided by District Judge Marbley.

However, the Opposition is without merit. Petitioner correctly notes that before a Magistrate Judge can exercise full District Court jurisdiction under 28 U.S.C. § 636(c), there must be unanimous consent of the parties. Petitioner has not consented under § 636(c). But no consent is required for a reference under § 636(b) and in fact this Court has, by Amended General Order

1

22-05, provided that all habeas corpus cases be referred to a Magistrate Judge.  The same General Order permits the Magistrate Judges to transfer cases among themselves as needed to keep the workload balanced.  As the Transfer Order recites, it was pursuant to General Order 22-05 that this case was transferred.

Therefore it is respectfully recommended that Petitioner's Opposition, considered as an objection under Fed.R.Civ.P. 72, be OVERRULED.  Because litigant consent is not required for the exercise of Magistrate Judge jurisdiction under 28 U.S.C. § 636(b), the undersigned will continue to exercise that jurisdiction in the absence of any contrary order from District Judge Marbley.

September 19, 2025.

s/ *Michael R. Merz*<br>United States Magistrate Judge

### NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.