# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| OMAR E. PADILLA-TORRES, | : | |
| Petitioner, | : | Case No. 2:24-cv-4274 |
| - vs - | : | District Judge Algenon L. Marbley<br>Magistrate Judge Michael R. Merz |
| WARDEN, London Correctional Institution, | : | |
| | : | |
| Respondent. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 21), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that Petitioner's Opposition to Magistrate Judge Jurisdiction (ECF 20) is OVERRULED.

October 23, 2025.

Algenon L. Marbley
United States District Judge